

# Fourth Court of Appeals
## San Antonio, Texas

Friday, April 17, 2015

No. 04-15-00046-CR

Freddie Lee **SCOTT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR8008
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

On April 6, 2015, we ordered Appellant to provide written proof to this court that the reporter's record has been requested and Appellant was entitled to appeal without paying the reporter's fees. On April 9, 2015, Appellant filed a response satisfying our April 6, 2015 order.

We ORDER court reporter Mary Beth Simpkins to prepare, certify, and file the reporter's record in this court within TWENTY DAYS of the date of this order. *See* TEX. R. APP. P. 35.3(b),(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court